UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCINE A. McGEE,<br><br>                            Plaintiff(s),<br><br>    v.<br><br>CITIMORTGAGE, et al.,<br><br>                            Defendant(s). | Case No. 2:12-CV-2025 JCM (PAL)<br><br>ORDER |

      Presently before the court is *McGee v. CitiMortgage, Inc. et al.*, *case number* 2:12-cv-2025-JCM-PAL.

      The parties were scheduled to proceed to trial on January 28, 2015. On that date, the parties informed the court that they had reached a settlement. (Doc. # 103). Plaintiff read the terms of the settlement into the record. The court directed counsel to prepare the settlement agreement for signature. (Doc. # 103).

      To date the parties have failed to submit the settlement documents to the court or a stipulation to dismiss the case.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff file supplemental documentation or other evidence showing cause as to why the court should not enforce the settlement as entered on the record and dismiss this case. **Plaintiff shall file within seven days of the entry of this order.**

      DATED April 8, 2015.

                                                          /s/ James C. Mahan
                                                UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**