UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCINE A. McGEE, | Case No. 2:12-CV-2025 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CITIMORTGAGE, et al., | |
| Defendant(s). | |

Presently before the court is *McGee v. CitiMortgage, Inc. et al.*, *case number* 2:12-cv-2025-JCM-PAL.

The parties were scheduled to proceed to trial on January 28, 2015. On that date, the parties informed the court that they had reached a settlement. (Doc. # 103). Plaintiff read the terms of the settlement into the record. The court directed counsel to prepare the settlement agreement for signature. (Doc. # 103).

On April 8, 2015, the court ordered plaintiff to file supplemental documentation or other evidence showing cause as to why the court should not enforce the settlement as entered on the record and dismiss the case. (Doc. # 105). Plaintiff responded on April 17, 2015, and stated that she stipulates and agrees the settlement agreement should be enforced and the case dismissed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the settlement shall be enforced as entered on the record.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that defendant's and plaintiff's motions in limine (docs. ##
2   78, 80) be, and the same hereby are, DENIED as moot.  The clerk is ordered to close the case.
3   DATED April 20, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -